IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DESSIE MARIE ANDREWS, | § § § § § § § § § § | |
| Plaintiffs, | | |
| | | 1:23-CV-950-DII |
| v. | | |
| TOM MURPHY, et al., | | |
| Defendants. | | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Tom Murphy's Motion to Dismiss, (Dkt. 3); Defendant Judge Karin Crump's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6), (Dkt. 5); Defendants Judge Amy Clark Meachum and Judge Jan Soifer's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6), (Dkt. 6). (R. & R., Dkt. 16). Plaintiff Dessie Marie Andrews ("Andrews") timely filed objections to the report and recommendation. (Objs., Dkt. 18).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Andrews timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Andrews's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 16), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Murphy's Motion to Dismiss, (Dkt. 3), is **GRANTED** and Andrews's claims against Murphy are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Judge Karin Crump's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6), (Dkt. 5), and Defendants Judge Amy Clark Meachum and Judge Jan Soifer's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6), (Dkt. 6), are **GRANTED** and Andrews's claims against Judges Crump, Meachum, and Soifer are **DISMISSED WITH PREJUDICE**.

**SIGNED** on May 13, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE